# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dale Sundby, Trustee,<br><br>            Plaintiff,<br><br>vs.<br><br>Marquee Funding Group, Inc.; Platinum Loan Servicing, Inc.; Jeffrey Myers; Kathleen Myers; Andres Salsido, Trustee; Steven M. Cobin and Susan L. Cobin, Trustees; Steven M. Cobin, Custodian; Fasack Investments LLC; Benning Management Group 401(k) Profit Sharing Plan; Christopher Myers; Vickie McCarty; Todd B. Cobin and Barbara A. Cobin, Trustees; Dolores Thompson; Kimberly Gill Rabinoff<br><br>            Defendants. | Case No.: 3:19-cv-00390 GPC MDD<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 10.]** |

    On May 3, 2019 Defendants Marquee Funding Group, Inc. and Platinum Loan Servicing, Inc. filed a motion to dismiss. (ECF No. 10.) On May 8, 2019, Plaintiff filed a First Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b), (e), or (f) . . . .").

    Therefore, Defendants' motion to dismiss is moot. *See Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011) ("[I]t is well-established that an amended [pleading] supersedes the original, the latter being treated thereafter as

non-existent." (internal quotation marks omitted)).  Accordingly, the Court **denies** without prejudice as moot Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 10, 2019

*Hon. Gonzalo P. Curiel*
United States District Judge