UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY,<br><br>                             Plaintiff,<br><br>v.<br><br>MARQUEE FUNDING GROUP, INC., *et al.*,<br><br>                            Defendants. | Case No.: 3:19-cv-0390-GPC-AHG<br><br>**ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE VIA VIDEOCONFERENCE AND ISSUING UPDATED PROCEDURES** |

On November 26, 2019, the Court issued the Scheduling Order regulating discovery and other pre-trial proceedings in this matter. ECF No. 70. Among other things, the Court set the Mandatory Settlement Conference ("MSC") to take place on September 2, 2020 at 2:00 p.m. before Magistrate Judge Allison H. Goddard. *Id.* ¶ 8. The Order incorporated by reference the Court's requirement of personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation at the conference. *Id.*; AHG.MSC.R. at ¶ 3. However, due to the current COVID-19 public emergency,[1] the Court hereby **MODIFIES**

---

[1] On March 23, 2020, Chief Judge Larry A. Burns amended his original Order in response to the COVID-19 public emergency, which, among other things, excuses personal

the MSC to take place via **videoconference** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

1. The Court will use its official Zoom video conferencing account to hold the Settlement Conference. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app. Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Settlement Conference.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the Settlement Conference, the Court will email each participant an invitation to join a Zoom video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting**

---

appearance of counsel and parties at civil court proceedings and notes that judges retain discretion to hold civil proceedings telephonically. *See* CJO #18-A at ¶ 4B. His original order, CJO #18, is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018.pdf. His amended order, CJO #18-A, which amends paragraph four of CJO #18, is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2018-a.pdf. These orders were extended until mid-August by CJO #33, which is available on the Court website at https://www.casd.uscourts.gov/_assets/pdf/rules/Order%20of%20the%20Chief%20Judge%2033.pdf.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

2

3:19-cv-0390-GPC-AHG

**hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the MSC to ensure that it begins promptly at 2:00 p.m.

4. Zoom's functionalities will allow the Court to conduct the Settlement Conference as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **August 25, 2020**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

     representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

  d. **A cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the MSC to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

6. All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, i.e., cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

7. All other MSC-related dates, deadlines, procedures, and requirements set forth in the Court's Scheduling Order (ECF No. 70 ¶ 8) remain in place, except as explicitly modified by this order.

**IT IS SO ORDERED.**

Dated: August 14, 2020

           _____
           Honorable Allison H. Goddard
           United States Magistrate Judge