**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dale Sundby, Trustee,<br><br>             Plaintiff,<br><br>v.<br><br>Marquee Funding Group, Inc.; Salomon Benzimra, Trustee; Stanley Kesselman, Trustee; Jeffrey Myers; Kathleen Myers; Andres Salsido Trustee; Benning Management Group 401(K) Profit Sharing Plan; Christopher Myers; Vickie McCarty; Delores Thompson; Kimberly Gill Rabinoff; Steven M. Cobin, Trustee; Susan L. Cobin, Trustee; Equity Trust Company, Custodian FBO Steven M. Cobin Traditional IRA: Todd B. Cobin, Trustee; Barbara A. Corbin, Trustee; Fasack Investments LLC; and Does 1-X,<br><br>             Defendants. | CASE NO. 3:19-cv-00390-GPC-AHG<br><br>[Assigned to the Honorable Gonzalo P. Curiel, Courtroom 2D]<br><br>**ORDER DENYING AS MOOT INVESTOR DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY** |

Defendants Salomon Benzimra, Trustee, Stanley Kesselman, Trustee, Jeffrey Myers, Kathleen Myers, Andres Salsido Trustee, Benning Management Group 401(k) Profit Sharing Plan, Christopher Myers, Vickie McCarty, Delores Thompson, Kimberly Gill Rabinoff, Steven M. Cobin, Trustee, Susan L. Cobin, Trustee, Equity Trust Company, Custodian FBO Steven M. Cobin Traditional IRA, Todd B. Cobin, Trustee, Barbara A. Corbin, Trustee, Fasack Investments LLC's (collectively, "Investor Defendants") Motion to Appear Telephonically at the hearing on plaintiff Dale Sundby, Trustee's Motion for Post-Judgment TILA Damages under Rule 60(b) of the Federal Rule of Civil Procedure, set for hearing on November 19, 2021, at 1:30 p.m., in Courtroom 2D (the "Motion to Amend Judgment"), was submitted to the Court.

In light of the Court's Order disposing of the Motion to Amend Judgment and vacating the hearing previously set for November 19, 2021, Investor Defendant's Motion to Appear Telephonically is DENIED AS MOOT.

Dated: November 18, 2021

Hon. Gonzalo P. Curiel
United States District Judge