UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY, Trustee,<br><br>                                  Plaintiff,<br><br>v.<br><br>MARQUEE FUNDING GROUP, INC., et al.,<br><br>                                  Defendants. | Case No.: 19-cv-00390-GPC-AHG<br><br>**ORDER:**<br>**(1) MANDATING LEGAL REPRESENTATION FOR TRUST; AND**<br>**(2) SETTING HEARING DATE**<br><br>**[ECF 305]** |

In April 2021 the Court issued a judgment and order granting Mr. Sundby's motions for statutory damages and denying Mr. Sundby's motion for relief from summary judgment. (ECF 264.) Mr. Sundby appealed, (*see* ECF 267), and the Defendants cross-appealed, (*see* ECF 274), to the United States Court of Appeals for the Ninth Circuit. *See Sundby v. Marquee Funding Grp., Inc.*, Nos. 21-55504 & 55582, 2022 WL 4826445 (9th Cir. Oct. 3, 2022).

Addressing an argument not raised before the Court, the Ninth Circuit held that Mr. "Sundby, in his capacity as trustee," could not represent the trust *pro se*. *Id.* at *1; *see C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (explaining why

1

a person may represent self in litigation, but status as trustee does not include "right to present arguments *pro se* in federal court"). The Ninth Circuit vacated the judgment and remanded the case back to the Court "to afford the trust an opportunity to obtain legal representation and to develop facts to determine in the first instance whether Sundby is the beneficial owner of the trust or whether the trust transferred any interests to Sundby." *Id.* at *1.

The Court HEREBY ORDERS the following:

1. That legal representation be obtained on behalf of the Dale H. Sundby and Edith Littlefield Sundby, Trust No. 1989-1 dated January 26, 1989. A notice of appearance shall be made on or before **Friday, January 13, 2023**.

2. A hearing is scheduled for **Friday, January 20, 2023 at 1:30 PM in Courtroom 2D** to spread the mandate and to schedule a hearing on the issues raised by the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: December 15, 2022

Hon. Gonzalo P. Curiel
United States District Judge