UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY, Trustee,,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARQUEE FUNDING GROUP, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  19-CV-0390-GPC-AHG<br>　　　　　　21-CV-2013-GPC-AHG<br><br>**ORDER DENYING EX PARTE MOTIONS TO ADD AND DROP PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 21**<br>**[ECF Nos. 330 & 38]** |

On April 5, 2023, Plaintiff Dale Sundby, appearing pro se on behalf of a trust, filed ex parte motions seeking to add and drop parties under Federal Rules of Civil Procedure 19(a) and 21. Case No. 19-cv-390 ECF No. 330 at 6–7; Case No. 21-cv-2013 ECF No. 38 at 6–7. He did not call the Court's clerk in advance of filing the motion to obtain a hearing date in accord with Civil Local Rule 7.1.b. *See* ECF No. 330 at 1 (no hearing date listed). Nor does it appear by affidavit or declaration that Sundby complied with Civil Local Rule 83.3.g concerning ex parte motions and orders. *See* ECF No. 330 (absence). Finally, "[a] trustee may not represent a trust pro se in federal court." *Sundby v. Marquee Funding Grp., Inc.,* Nos. 21-55504 & 21-55582, 2022 WL 4826445, at *1 (9th

1

Cir. Oct. 3, 2022).  For these reasons, the Court hereby DENIES the ex parte motions to add and drop parties.

**IT IS SO ORDERED.**

Dated:  April 28, 2023

Hon. Gonzalo P. Curiel
United States District Judge